THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEOPOLD TSCHIRKY, Respondent, *v.* FLORENCE TSCHIRKY, Appellant.

*People ex rel. Tschirky* v. *Tschirky*, 175 App. Div. 942, affirmed.
(Argued February 26, 1917; decided March 13, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 2, 1916, which affirmed an order of Special Term awarding custody of the child of the relator and the defendant to the latter under certain conditions,

limitations, provisions and directions in a habeas corpus proceeding under section 70 of the Domestic Relations Law. The petition recited that the husband was an inhabitant of this state; that the parties were living in a state of separation, without being divorced; that the parties have a minor child, born February 15, 1915, living with the mother, in the father-in-law's home in this city, and asked that the child be brought before the court under the provisions of the law quoted; that the custody of the child be awarded to the mother, but that the father be permitted to participate in the support, care and management of his child, and to see his child under the court's direction.

*H. Aplington* for appellant.

*John T. McGovern* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.